NO. 25-8058

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

HANNAH HOLTMEIER, et al.,

Plaintiffs-Appellants

v.

KAPPA KAPPA GAMMA FRATERNITY, et al.,

Defendants-Appellees

On Appeal from the United States District Court
for the District of Wyoming, No. 2:23-CV-00051-ABJ
The Honorable Alan B. Johnson

## NOTICE OF UNAVAILABILITY OF APPELLEES' COUNSEL
## MAY 12 – 15, 2026

On February 20, 2026, Defendants-Appellees' Counsel, Natalie M. McLaughlin, received notice from the Ohio Cuyahoga County Court of Common Pleas for Case No. CV-23-978766 that the jury trial for that case is scheduled to begin on May 4, 2026. That jury trial is scheduled for two weeks, with two of the witnesses slated to testify for the final day of trial, May 15, 2026, because they are unavailable to testify earlier.

Ms. McLaughlin argued the first appeal of this case in May 2024. She intends to argue this appeal as well if it is set oral argument. The next Session of

1

Court is May 12 – 15, 2026 when Ms. McLaughlin will be in jury trial in Ohio and therefore, unavailable. To avoid a potential scheduling conflict prior to any setting of an oral argument date, if one is set, counsel hereby provides this notice of unavailability for May 12 – 15, 2026.

Dated:  February 20, 2026

Respectfully Submitted,

*/s/ Brian W. Dressel*

Natalie M. McLaughlin (Ohio Bar 0082203)
Brian W. Dressel (Ohio Bar 0097163)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio  43216-1008
Telephone:  (614) 464-5452
Facsimile:   (614) 464-5452
E-mail:  nmmclaughlin@vorys.com
                bwdressel@vorys.com

Stuart R. Day (Wyoming Bar No. 6-3081)
Williams, Porter, Day & Neville, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602-3902
Telephone:  (307) 265-0700
Facsimile:   (307) 266-2306
E-Mail:       sday@wpdn.net

*Counsel for Defendants-Appellees*

## CERTIFICATE OF DIGITAL SUBMISSION AND PRIVACY REDACTIONS

All required privacy redactions have been made to this document, and with the exception of those redactions, every document submitted in digital form is an exact copy of the written document filed with the clerk. Said document has been scanned for viruses with Trend Apex One Security Agent, version 20.777.00 (last updated February 20, 2025), and according to that program is free of viruses.

*/s/ Brian W. Dressel*
Brian W. Dressel

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2026, a true and correct copy of the foregoing Notice of Unavailability of Appellants' Counsel May 12 – 15, 2026 was served through the Court's ECF system upon all counsel of record.

/s/*Brian W. Dressel*
Brian W. Dressel